IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

The mailing address of Debtor Ernest O. Ryan has changed as follows:

Prior Address:

9033 Maple Street
Pittsburgh, PA 15239

Current Address:

166 Francis Road
Pittsburgh, PA 15239

Dated: October 11, 2018            /s/ Natasha C. Alejandro
                                                    NATASHA C. ALEJANDRO, ESQUIRE
                                                    Pa. Id. No. 316860
                                                    Attorney for Debtor

                                                    BARTIFAY LAW OFFICES, P.C.
                                                    3134 Lillian Avenue
                                                    First Floor
                                                    Murrysville, PA 15668
                                                    (412) 824-4011
                                                    nalejandro@bartifaylaw.com

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: October 11, 2018      Signature:      /s/ Ernest O. Ryan
                                                            ERNEST O. RYAN
                                                            Debtor