**Form 404**

**UNITED STATES BANKRUPTCY COURT**  45 – 41
**WESTERN DISTRICT OF PENNSYLVANIA**  dbas

In re:  

Bankruptcy Case No.: 15−21019−GLT
Related to Docket No. 41
Chapter: 13
Hearing Date: 11/7/18 at 09:00 AM

**Ernest O. Ryan**
   Debtor(s)

Susan R. Ryan

**CERTIFICATE OF SERVICE OF** _____
            **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
     (Signature)

_____
Typed Name

_____
Address

_____
Phone No.

_____
List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ernest O. Ryan  
Susan R. Ryan  
    Debtors

Case No. 15-21019-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: dbas       Page 1 of 1       Date Rcvd: Oct 12, 2018  
                    Form ID: 404       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db        +Ernest O. Ryan,    166 Francis Road,    Pittsburgh, PA 15239-1408  
jdb       +Susan R. Ryan,    9033 Maple Street,    Pittsburgh, PA 15239-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC andygornall@latouflawfirm.com  
        James Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
        Kenneth M. Steinberg    on behalf of Debtor Ernest O. Ryan julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Kenneth M. Steinberg    on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Matthew John McClelland    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
        Natasha Alejandro    on behalf of Debtor Ernest O. Ryan nalejandro@bartifaylaw.com, gbartifay@bartifaylaw.com;sfallat@bartifaylaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                  TOTAL: 10