**Form 600**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ernest O. Ryan** | : | Case No. 15–21019–GLT |
| **Susan R. Ryan** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ernest O. Ryan, | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 41 |
| v. | : | |
| Chromaglass, Inc. | : | Hearing Date: 11/7/18 at 09:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

       *AND NOW,* this *The 12th of October, 2018*, a *Motion To Terminate Wage Attachment* having been filed at Doc. No. 41 by the Debtor,

       It is hereby *ORDERED, ADJUDGED and DECREED* that:

       (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall *IMMEDIATELY* serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. *Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.*

       (2)  *On or before October 22, 2018,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

       (3)  This *Motion* is scheduled for a non–evidentiary hearing on *November 7, 2018* at *09:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

       (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. *To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.* In the event a default order has been entered, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

       (5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Ernest O. Ryan
     Susan O. ryan

Natasha C. Alejandro, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ernest O. Ryan
Susan R. Ryan
　　　　Debtors

Case No. 15-21019-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　User: dbas　　　　　Page 1 of 1　　　　　Date Rcvd: Oct 12, 2018
　　　　　　　　　　　　　　 Form ID: 600　　　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db　　　 +Ernest O. Ryan,　 166 Francis Road,　 Pittsburgh, PA 15239-1408
jdb　　 +Susan R. Ryan,　 9033 Maple Street,　 Pittsburgh, PA 15239-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 TOTAL: 0

　　　　 ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018　　　　　　　　　　　 Signature:　 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
　　　　 Andrew F Gornall　 on behalf of Creditor　 M&T Bank as servicer for Lakeview Loan Servicing LLC
　　　　 andygornall@latouflawfirm.com
　　　　 James Warmbrodt　 on behalf of Creditor　 M&T Bank as servicer for Lakeview Loan Servicing LLC
　　　　 bkgroup@kmllawgroup.com
　　　　 Jennifer L. Cerce　 on behalf of Creditor　 Penn Hills School District jlc@mbm-law.net
　　　　 Kenneth M. Steinberg　 on behalf of Debtor Ernest O. Ryan julie.steidl@steidl-steinberg.com,
　　　　 kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
　　　　 ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
　　　　 dl-steinberg.com
　　　　 Kenneth M. Steinberg　 on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com,
　　　　 kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
　　　　 ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
　　　　 dl-steinberg.com
　　　　 Matthew John McClelland　 on behalf of Creditor　 M&T Bank as servicer for Lakeview Loan
　　　　 Servicing LLC bkgroup@kmllawgroup.com
　　　　 Natasha Alejandro　 on behalf of Debtor Ernest O. Ryan nalejandro@bartifaylaw.com,
　　　　 gbartifay@bartifaylaw.com;sfallat@bartifaylaw.com
　　　　 Office of the United States Trustee　 ustpregion03.pi.ecf@usdoj.gov
　　　　 Peter J. Ashcroft　 on behalf of Creditor　 Duquesne Light Company pashcroft@bernsteinlaw.com,
　　　　 ckutch@ecf.courtdrive.com;acar@bernsteinlaw.com
　　　　 Ronda J. Winnecour　 cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 TOTAL: 10