**Form 404**

**UNITED STATES BANKRUPTCY COURT**  45 – 41
**WESTERN DISTRICT OF PENNSYLVANIA**  dbas

In re:  
   Bankruptcy Case No.: 15–21019–GLT  
   Related to Docket No. 41  
   Chapter: 13  
   Hearing Date: 11/7/18 at 09:00 AM

**Ernest O. Ryan**  
   Debtor(s)   Susan R. Ryan

**CERTIFICATE OF SERVICE OF**  the Order filed on October 12, 2018, Doc. No. 45-2
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  October 18, 2018                        .
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:  first class mail and electronic notification                      .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**  October 18, 2018

First Class Mail

Chromoglass, Inc.
Attn: Payroll Department
1201 Randall Court
Export, PA 15632

Electronic Notification

Office of the United States Trustee
ustpregion03.pi.ecf@usdog.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By: _____
(Signature)
 Natasha C. Alejandro                
Typed Name
 Bartifay Law Offices, P.C.
 3134 Lillian Avenue, First Floor
 Murrysville, PA 15668               
Address
 412-824-4011                        
Phone No.
 PA 316860                           
List Bar I.D. and State of Admission