IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Notice filed on October 12, 2018, Doc. No. 51, was served on October 12, 2018 as follows:

By electronic mail addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


By regular mail addressed to the parties in the attached mailing matrix.


Dated: October 18, 2018            /s/ Glenn R. Bartifay
                                   GLENN R. BARTIFAY, ESQUIRE
                                   Pa. Id. No. 68763
                                   Attorney for Debtor

                                   BARTIFAY LAW OFFICES, P.C.
                                   3134 Lillian Avenue, First Floor
                                   Murrysville, PA 15668
                                   (412) 824-4011
                                   gbartifay@bartifaylaw.com

Penn Hills School District
c/o Maiello, Brungo & Maiello, LLP
3301 McCrady Road
Pittsburgh, PA 15235-5137

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

CERASTES, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

COMENITY CAPITAL BANK
C/O WEINSTEIN & RILEY, P.S.
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083

Care Credit/Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Chase/Slate
PO Box 15153
Wilmington, DE 19886-5153

Credit Management
P.O. Box 16346
Pittsburgh, PA 15242-0346

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Duquesne Light Company
PO Box 61
Pittsburgh, PA 15122-0061

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

I Care Medical LLC
PO Box 5657
Johnstown, PA 15904-5657

JCP/Sychrony Bank
PO Box 960090
Orlando, FL 32896-0090

Juniper/Barclays
PO Box 13337
Philadelphia, PA 19101-3337

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing LLC
M&T BANK
PO BOX 1288
Buffalo, NY 14240-1288

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Paypal
2211 North First Street
San Jose, CA 95131-2021

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128-0946

Peoples
PO Box 747105
Pittsburgh, PA 15274-7105

Peoples Natural Gas Company LLC
225 North Shore Drive, Suite 300
Pittsburgh, PA 15212-5860
Attn: Dawn Lindner

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Medical Associates
PO Box 644985
Pittsburgh, PA 15264-4985

Sam's Club/Sychrony Bank
PO Box 530942
Atlanta, GA 30353-0942

The Afffiliated Group
3055 41st NW, Suite 100
Rochester, MN 55901-9013

Verizon
PO Box 920041
Dallas, TX 75392-0041

Wal-Mart/Synchrony Bank
PO Box 530927
Atlanta, GA 30353-0927

Wal-Mart/Synchrony Bank
PO Box 965024
Orlando, FL 32896-5024


Susan R. Ryan
9033 Maple Street
Pittsburgh, PA 15239-1627

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219-1908