IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHROMAGLASS INC. | ) | |
| | ) | |
| Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on October 11, 2018, Doc. No. 41, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Order filed on October 12, 2018, Doc. No. 45-2, Responses to the Motion were to be filed and served no later than October 22, 2018.

It is hereby respectfully requested that the Proposed Order filed on October 11, 2018, Doc. No. 41-1, be entered by the Court.

Dated: October 23, 2018            /s/ Natasha C. Alejandro
                                   NATASHA C. ALEJANDRO, ESQUIRE
                                   Pa. Id. No. 316860
                                   Attorney for Movant/Debtor

                                   BARTIFAY LAW OFFICES, P.C.
                                   3134 Lillian Avenue, First Floor
                                   Murrysville, PA 15668
                                   (412) 824-4011
                                   nalejandro@bartifaylaw.com