FILED
10/24/18 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 15-21019-GLT |
| ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Related to Docket No. 41 |
| ERNEST O. RYAN, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHROMAGLASS INC. ) | |
| ) | |
| Respondent. ) | |

ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this 24th Day of October, 2018, it is hereby ordered that the wage attachment of income of Movant/Debtor Ernest O. Ryan with Respondent Chromaglass Inc. is hereby terminated.

BY THE COURT:

GREGORY L. TADDONIO
U.S. District Court Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ernest O. Ryan
Susan R. Ryan
    Debtors

Case No. 15-21019-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut        Page 1 of 1        Date Rcvd: Oct 24, 2018
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db          +Ernest O. Ryan,   166 Francis Road,   Pittsburgh, PA 15239-1408
jdb         +Susan R. Ryan,   9033 Maple Street,   Pittsburgh, PA 15239-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC andygornall@latouflawfirm.com
        Glenn R. Bartifay   on behalf of Debtor Ernest O. Ryan gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
        James Warmbrodt   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
        Kenneth M. Steinberg   on behalf of Debtor Ernest O. Ryan julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Kenneth M. Steinberg   on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Matthew John McClelland   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Natasha Alejandro   on behalf of Debtor Ernest O. Ryan nalejandro@bartifaylaw.com, gbartifay@bartifaylaw.com;sfallat@bartifaylaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 11