IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SUBSTITUTE COUNSEL</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Substitute Counsel filed on October 11, 2018, Doc. No. 35, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on October 12, 2018, Doc. No. 51, Responses to the Motion were to be filed and served no later than <u>October 29, 2018</u>.

It is hereby respectfully requested that the Proposed Order filed on October 11, 2018, Doc. No. 35-1, be entered by the Court.

Dated: <u>October 30, 2018</u>         <u>/s/ Natasha C. Alejandro</u>
NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA 15668
(412) 824-4011
nalejandro@bartifaylaw.com