**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ERNST RYAN

Case No.:15-21019 GLT

Debtor(s)

Ronda J. Winnecour          Document No.:
          Movant
     vs.
No Respondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/26/2015  and confirmed on 04/30/2015 .  The case was subsequently transferred to case number 18-24218 an     ACTIVE case.

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,603.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,603.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,752.64 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,152.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 37,414.49 | 0.00 | 37,414.49 |
|    Acct: 8978 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 14,190.21 | 14,190.21 | 0.00 | 14,190.21 |
|    Acct: 8978 | | | | |
| AMERICAN HONDA FINANCE CORP* | 7,037.12 | 7,037.12 | 51.07 | 7,088.19 |
|    Acct: 9221 | | | | |
| | | | | 58,692.89 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| ERNST RYAN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 278.00 | 278.00 | 0.00 | 278.00 |
|    Acct: XXX4;14 | | | | |
| | | | | 278.00 |

| 15-21019 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 706.73 | 0.00 | 0.00 | 0.00 |
| Acct: 4436 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 617.77 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 290.24 | 0.00 | 0.00 | 0.00 |
| Acct: 1929 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6501 | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX/SCH | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 544.83 | 0.00 | 0.00 | 0.00 |
| Acct: 1474 | | | | |
| I CARE MEDICAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: U000 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 414.97 | 0.00 | 0.00 | 0.00 |
| Acct: 6516 | | | | |
| CERASTES LLC | 1,043.08 | 0.00 | 0.00 | 0.00 |
| Acct: 3321 | | | | |
| COMENITY CAPITAL BANK | 1,881.50 | 0.00 | 0.00 | 0.00 |
| Acct: 7838 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 836.76 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX7101 | | | | |
| PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX/SCH | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,338.91 | 0.00 | 0.00 | 0.00 |
| Acct: 8740 | | | | |
| AFFILIATE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6015 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR ' | 394.11 | 0.00 | 0.00 | 0.00 |
| Acct: 6747 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 529.02 | 0.00 | 0.00 | 0.00 |
| Acct: 3751 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,535.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5355 | | | | |
| PENN HILLS SD & PENN HILLS MUNIC (EIT | 371.60 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX7-98 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 539.36 | 0.00 | 0.00 | 0.00 |
| Acct: 0437 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 58,970.89 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY                  278.00
SECURED                21,227.33
UNSECURED            11.044.31

Date: 10/31/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com