FILED
10/30/18 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 15-21019-GLT |
| ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Related to Docket No. 37 |
| ERNEST O. RYAN, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

## ORDER OF COURT

AND NOW, to wit, this 30th Day of October, 2018, it is hereby ORDERED that Bankruptcy Case No. 15-21019 is severed. Debtor Ernest O. Ryan and Co-Debtor Susan R. Ryan are henceforth each sole debtors in individual bankruptcy cases. Debtor Susan R. Ryan's bankruptcy case number shall remain 15-21019. The caption of this case moving forward shall be "In re: Susan R. Ryan, Debtor." The clerk shall assign a new case number to Debtor Ernest O. Ryan. The caption for that case shall be "In re: Ernest O. Ryan, Debtor." Debtor Ernest O. Ryan shall submit all future filings as a bankruptcy debtor under the new case number.

BY THE COURT:

GREGORY L. TADDONIO,
U.S. District Court Bankruptcy Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 15-21019-GLT
Susan R. Ryan                                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                  Page 1 of 2            Date Rcvd: Oct 30, 2018
                              Form ID: pdf900             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
jdb             +Susan R. Ryan,    9033 Maple Street,    Pittsburgh, PA 15239-1627
14017466         Chase/Slate,    PO Box 15153,    Wilmington, DE 19886-5153
14017469        +Duquesne Light Company,    PO Box 61,    Pittsburgh, PA 15122-0061
14017471        +I Care Medical LLC,    PO Box 5657,    Johnstown, PA 15904-5657
14017473        +Juniper/Barclays,    PO Box 13337,    Philadelphia, PA 19101-3337
14031939        +Lakeview Loan Servicing LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14017476        +Peoples,   PO Box 747105,    Pittsburgh, PA 15274-7105
14048476        +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14017477        +Premier Medical Associates,    PO Box 644985,    Pittsburgh, PA 15264-4985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14017470         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 31 2018 02:54:25      Honda Financial Services,
                 PO Box 7829,    Philadelphia, PA 19101
14027923         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 31 2018 02:54:25
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
14051670         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2018 03:02:00
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14077965        +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14067830        +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26      COMENITY CAPITAL BANK,
                 C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14017464        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:01:25     Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14017465         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:03:08      Care Credit/Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
14067108        +E-mail/Text: bankruptcy@cavps.com Oct 31 2018 02:54:36      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14017467        +E-mail/Text: abovay@creditmanagementcompany.com Oct 31 2018 02:54:42     Credit Management,
                 P.O. Box 16346,    Pittsburgh, PA 15242-0346
14017468        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2018 03:01:29     Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
14068746        +E-mail/Text: kburkley@bernsteinlaw.com Oct 31 2018 02:55:01      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14017472        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:22      JCP/Sychrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14077710         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:01:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14017474         E-mail/Text: camanagement@mtb.com Oct 31 2018 02:53:39      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264
14081480         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:03:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14017475        +E-mail/Text: recovery@paypal.com Oct 31 2018 02:53:24      Paypal,    2211 North First Street,
                 San Jose, CA 95131-2021
14022128         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2018 02:54:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14017478         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:11      Sam's Club/Sychrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
14017479        +E-mail/Text: csr@theaffiliatedgroup.com Oct 31 2018 02:55:10      The Afffiliated Group,
                 3055 41st NW, Suite 100,    Rochester, MN 55901-9013
14017480        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2018 02:53:22
                 Verizon,    PO Box 920041,    Dallas, TX 75392-0041
14017481         E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:21      Wal-Mart/Synchrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
14017482        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:22      Wal-Mart/Synchrony Bank,
                 PO Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*             M&T Bank as servicer for Lakeview Loan Servicing L
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Oct 30, 2018
                              Form ID: pdf900         Total Noticed: 31

14041999      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                Pittsburgh, PA 15235-5137
                                                                                    TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
               andygornall@latouflawfirm.com
              Glenn R. Bartifay    on behalf of Debtor Ernest O. Ryan gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James Warmbrodt     on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Kenneth M. Steinberg     on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg     on behalf of Debtor Ernest O. Ryan julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland     on behalf of Creditor    M&T Bank as servicer for Lakeview Loan
               Servicing LLC bkgroup@kmllawgroup.com
              Natasha Alejandro    on behalf of Debtor Ernest O. Ryan nalejandro@bartifaylaw.com,
               gbartifay@bartifaylaw.com;sfallat@bartifaylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11