IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.15-21019 GLT |
| Susan R. Ryan ) | |
|    Debtor ) | |
| ) | Chapter 13 |
| ) | Docket No |
| Susan R. Ryan ) | |
|    Movant ) | |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

9033 Maple Street
Pittsburgh, PA 15239

New Address:

499 Maple Road
Pittsburgh, PA 15239

                            Respectfully submitted,

<u>April 26, 2019</u>                  /s/ Kenneth M. Steinberg
DATE                             Kenneth M. Steinberg, Esquire
                                       Attorney for the Debtor
                                       STEIDL & STEINBERG
                                       Suite 2830 – Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 391-8000
                                       kenny.steinberg@steidl-steinberg.com
                                       PA I.D. No. 31244