Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Susan R. Ryan** | : | Case No. 15−21019−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 75 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 2nd of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21019-GLT
Susan R. Ryan                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas              Page 1 of 2              Date Rcvd: Jul 02, 2019
                               Form ID: 309            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
```
jdb              +Susan R. Ryan,    499 Maple Road,    Pittsburgh, PA 15239-1909
14017469         +Duquesne Light Company,    PO Box 61,    Pittsburgh, PA 15122-0061
14017471         +I Care Medical LLC,    PO Box 5657,    Johnstown, PA 15904-5657
14031939         +Lakeview Loan Servicing LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
14041999         +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
14017476         +Peoples,    PO Box 747105,    Pittsburgh, PA 15274-7105
14048476         +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
                   Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14017477         +Premier Medical Associates,    PO Box 644985,    Pittsburgh, PA 15264-4985
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14017470          EDI: HNDA.COM Jul 03 2019 07:13:00      Honda Financial Services,    PO Box 7829,
                   Philadelphia, PA 19101
14027923          EDI: HNDA.COM Jul 03 2019 07:13:00      American Honda Finance Corporation,
                   National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
14051670          EDI: AIS.COM Jul 03 2019 07:13:00      American InfoSource LP as agent for,    Verizon,
                   PO Box 248838,    Oklahoma City, OK  73124-8838
14077965         +E-mail/Text: bncmail@w-legal.com Jul 03 2019 03:15:12      CERASTES, LLC,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14067830         +E-mail/Text: bncmail@w-legal.com Jul 03 2019 03:15:12      COMENITY CAPITAL BANK,
                   C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14017464         +EDI: CAPITALONE.COM Jul 03 2019 07:13:00      Capital One Bank,    PO Box 71083,
                   Charlotte, NC 28272-1083
14017465          EDI: RMSC.COM Jul 03 2019 07:13:00      Care Credit/Synchrony Bank,    PO Box 960061,
                   Orlando, FL 32896-0061
14067108         +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 03:15:16      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14017466          EDI: CHASE.COM Jul 03 2019 07:13:00      Chase/Slate,    PO Box 15153,
                   Wilmington, DE 19886-5153
14017467         +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 03 2019 03:15:20      Credit Management,
                   P.O. Box 16346,    Pittsburgh, PA 15242-0346
14017468         +EDI: RCSFNBMARIN.COM Jul 03 2019 07:13:00      Credit One Bank,    P.O. Box 60500,
                   City of Industry, CA 91716-0500
14068746         +E-mail/Text: kburkley@bernsteinlaw.com Jul 03 2019 03:15:27      Duquesne Light Company,
                   c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                   Pittsburgh, PA 15219-1945
14017472         +EDI: RMSC.COM Jul 03 2019 07:13:00      JCP/Sychrony Bank,    PO Box 960090,
                   Orlando, FL 32896-0090
14017473         +EDI: TSYS2.COM Jul 03 2019 07:13:00      Juniper/Barclays,    PO Box 13337,
                   Philadelphia, PA 19101-3337
14077710          EDI: RESURGENT.COM Jul 03 2019 07:13:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
14017474          E-mail/Text: camanagement@mtb.com Jul 03 2019 03:14:47      M&T Bank,    PO Box 62182,
                   Baltimore, MD 21264
14081480          EDI: PRA.COM Jul 03 2019 07:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
14017475         +E-mail/Text: recovery@paypal.com Jul 03 2019 03:14:35      Paypal,    2211 North First Street,
                   San Jose, CA 95131-2021
14022128          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:14:56
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
14017478          EDI: RMSC.COM Jul 03 2019 07:13:00      Sam’s Club/Sychrony Bank,    PO Box 530942,
                   Atlanta, GA 30353-0942
14017479         +EDI: AFFILIATEDGRP.COM Jul 03 2019 07:13:00      The Afffiliated Group,
                   3055 41st NW, Suite 100,    Rochester, MN 55901-9013
14017480         +EDI: VERIZONCOMB.COM Jul 03 2019 07:13:00      Verizon,    PO Box 920041,    Dallas, TX 75392-0041
14017481          EDI: RMSC.COM Jul 03 2019 07:13:00      Wal-Mart/Synchrony Bank,    PO Box 530927,
                   Atlanta, GA 30353-0927
14017482         +EDI: RMSC.COM Jul 03 2019 07:13:00      Wal-Mart/Synchrony Bank,    PO Box 965024,
                   Orlando, FL 32896-5024
                                                                                              TOTAL: 24
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               M&T Bank as servicer for Lakeview Loan Servicing L
cr*             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                   Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Jul 02, 2019
                               Form ID: 309            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC
               andygornall@latouflawfirm.com
              Glenn R. Bartifay    on behalf of Debtor Ernest O. Ryan gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James  Warmbrodt     on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Kenneth M. Steinberg    on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan
               Servicing LLC bkgroup@kmllawgroup.com
              Natasha  Alejandro    on behalf of Debtor Ernest O. Ryan alejandrolawoffice@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light  Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```