**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SUSAN R. RYAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:15-21019 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/26/2015 and confirmed on 04/30/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,603.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,603.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 2,752.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,152.64 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 38,893.96 | 0.00 | 38,893.96 |
|     Acct: 8978 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 14,190.21 | 14,190.21 | 0.00 | 14,190.21 |
|     Acct: 8978 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 7,037.12 | 7,037.12 | 51.07 | 7,088.19 |
|     Acct: 9221 | | | | |
| | | | | 60,172.36 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN R. RYAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-21019 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | PA DEPARTMENT OF REVENUE* | 278.00 | 278.00 | 0.00 | 278.00 |
| | Acct: XXX4;14 | | | | |
| | | | | | 278.00 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 706.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 4436 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 617.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 8947 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 290.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 1929 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6501 | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXX/SCH | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 544.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 1474 | | | | |
| | I CARE MEDICAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: U000 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 414.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 6516 | | | | |
| | CERASTES LLC | 1,043.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 3321 | | | | |
| | COMENITY CAPITAL BANK | 1,881.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 7838 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 836.76 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX7101 | | | | |
| | PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXX/SCH | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,338.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 8740 | | | | |
| | AFFILIATE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6015 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 394.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 6747 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 529.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 3751 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,535.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 5355 | | | | |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT | 371.60 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX7-98 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 539.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 0437 | | | | |
| | JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                       60,450.36

TOTAL CLAIMED
PRIORITY                  278.00
SECURED                21,227.33
UNSECURED              11.044.31

Date: 08/08/2019                                                /s/ Ronda J. Winnecour
                                                                RONDA J WINNECOUR PA ID #30399
                                                                CHAPTER 13 TRUSTEE WD PA
                                                                600 GRANT STREET
                                                                SUITE 3250 US STEEL TWR
                                                                PITTSBURGH, PA  15219
                                                                (412) 471-5566
                                                                cmecf@chapter13trusteewdpa.com